UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FORTUNE BRANDS, INC. and BEAM GLOBAL SPIRITS & WINE, INC. (formerly known as JIM BEAM BRANDS WORLDWIDE, INC.)

Petitioner,

-v-

V&S VIN & SPIRIT AB (publ)

Respondent.

---

Case No. 08-4420

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__petitioners__ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: May , 2008

**Signature of Attorney**
Thomas J. Hall

**Attorney Bar Code:** TH 3398

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Form Rule7_1.pdf   SDNY Web 10/2007