AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Fortune Brands, Inc. et al

v.

V & S Vin Sprit AB (pupl)

**APPEARANCE**

Case Number: 08 Civ. 4420 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

V&S VIN & SPRIT AB (publ)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/13/2008 | /s/ Arthur F. Golden |
| Date | Signature |
| | Arthur F. Golden — AG 6980 |
| | Print Name — Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 450-4388 — (212) 450-3388 |
| | Phone Number — Fax Number |