AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

Fortune Brands, Inc. et al

**APPEARANCE**

v.

Case Number: 08 Civ. 4420 (DLC)

V & S Vin Sprit AB (publ)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

V&S VIN & SPRIT AB (publ)

I certify that I am admitted to practice in this court.

| 5/13/2008 | /s/ Joel M. Cohen |
|---|---|
| Date | Signature |

| Joel M. Cohen | JC 3030 |
|---|---|
| Print Name | Bar Number |

450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4592 | (212) 450-3592 |
|---|---|
| Phone Number | Fax Number |