UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
)
FORTUNE BRANDS, INC. and BEAM )
GLOBAL SPIRITS & WINE INC. (formerly )
known as JIM BEAM BRANDS )
WORLDWIDE, INC.), )
) No. 08 Civ. 4420 (DLC)
)
            Petitioners, )
) RULE 7.1 CORPORATE
) DISCLOSURE STATEMENT OF
   v. ) V&S VIN & SPRIT AB (publ)
)
V&S VIN & SPRIT AB (publ), )
)
           Respondent. )
)
---------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, Respondent V&S Vin & Sprit AB (publ) states that it does not have any parent corporation, that it is not a publicly traded company, and that no publicly held corporation owns more than 10% of its stock.

Dated:  New York, NY
         May 13, 2008
                              DAVIS POLK & WARDWELL

                            By:    /s/ Arthur F. Golden

                               Arthur F. Golden
                               arthur.golden@dpw.com
                               Joel M. Cohen
                               joel.cohen@dpw.com
                               DAVIS POLK & WARDWELL
                               450 Lexington Avenue
                               New York, New York 10017
                               Telephone: (212) 450-4000
                               Facsimile: (212) 450-3800

                               *Attorneys for Respondent*
                                  *V&S Vin & Sprit AB (publ)*