UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      )
FORTUNE BRANDS, INC. and BEAM                         )
GLOBAL SPIRITS & WINE INC. (formerly                  )
known as JIM BEAM BRANDS                              )
WORLDWIDE, INC.),                                     )
                                                      )
                                                      )   No. 08 Civ. 4420 (DLC)
                         Petitioners,                 )
                                                      )
         v.                                           )   CERTIFICATE OF SERVICE
                                                      )
V&S VIN & SPRIT AB (publ),                            )
                                                      )
                         Respondent.                  )
                                                      )
------------------------------------------------------x

     I, Joel M. Cohen, an attorney admitted to practice in this District, hereby certify that on May 13, 2008, I caused to be served true and correct copies of (1) Respondent's Memorandum of Law in Opposition to Temporary Restraining Order and Petition for Injunction In Aid of Arbitration; and (2) the Rule 7.1 Disclosure Statement of V&S Vin & Sprit AB (publ), by filing in the Court's electronic database, and by electronic mail to the following:

               CHADBOURNE & PARKE LLP
               Thomas J. Hall
               Eric Twiste
               Bernadette K. Galiano
               30 Rockefeller Plaza
               New York, New York 10112
               Telephone: (212) 408-5100
               Facsimile: (212) 541-5369

               *Attorneys for Petitioners*

Dated:　New York, New York
　　　　 May 13, 2008

　　　　　　　　　　　　　　　　　　　　By:　/s/ Joel M. Cohen
　　　　　　　　　　　　　　　　　　　　　　Joel M. Cohen

　　　　　　　　　　　　　　　　　　　　joel.cohen@dpw.com
　　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL
　　　　　　　　　　　　　　　　　　　　450 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York  10017
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 450-4000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 450-3800

　　　　　　　　　　　　　　　　　　　　*Attorneys For Respondent*
　　　　　　　　　　　　　　　　　　　　　*V&S Vin & Sprit AB (publ)*