```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
FORTUNE BRANDS, INC. and BEAM GLOBAL      :
SPIRITS & WINE INC. (formerly known as    :
JIM BEAM BRANDS WORLDWIDE, INC.),         :
                           Petitioners,   :    08 Civ. 4420 (DLC)
                                          :
              -v-                         :    ORDER
                                          :
V&S VIN & SPIRIT AB (publ),               :
                           Respondent.    :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   For reasons discussed on the record at the telephonic conference held before Judge Cote today, May 16, 2008, it is hereby

   ORDERED that petitioners' May 12, 2008 request for a temporary restraining order and preliminary injunction is denied.

   SO ORDERED:

Dated:   New York, New York
         May 16, 2008

                              _____
                                     DENISE COTE
                              United States District Judge