USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                                            :
FORTUNE BRANDS, INC. and BEAM GLOBAL  :
SPIRITS & WINE INC. (formerly known as :
JIM BEAM BRANDS WORLDWIDE, INC.),     :
                           Petitioners,  :   08 Civ. 4420 (DLC)
                                                          :
                      -v-                              :   ORDER
                                                          :
V&S VIN & SPIRIT AB (publ),            :
                                Respondent. :
                                                          :
---------------------------------------- X

DENISE COTE, District Judge:

For reasons discussed on the record at the telephonic conference held before Judge Cote today, May 16, 2008, it is hereby

ORDERED that petitioners' May 12, 2008 request for a temporary restraining order and preliminary injunction is denied.

SO ORDERED:

Dated:    New York, New York
          May 16, 2008

                                      _____
                                          DENISE COTE
                                  United States District Judge

[signed: Deborah A. Batts PART ONE /DAB/]