```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
FORTUNE BRANDS, INC. and BEAM GLOBAL  :
SPIRITS & WINE INC. (formerly known as:
JIM BEAM BRANDS WORLDWIDE, INC.),     :
                         Petitioners, :   08 Civ. 4420 (DLC)
                                      :
              -v-                     :   ORDER
                                      :
V&S VIN & SPIRIT AB (publ),           :
                         Respondent.  :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

DENISE COTE, District Judge:

Petitioners' May 12, 2008 request for a temporary restraining order and preliminary injunction was denied by Order dated May 16. Accordingly, it is hereby

ORDERED that counsel for all parties are directed to appear for a conference with the Court, on Thursday, July 24, 2008, at 10 a.m., at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 11B.

SO ORDERED:

Dated:   New York, New York
         June 3, 2008

                                    _____
                                             DENISE COTE
                                    United States District Judge